**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROY and CAROL ROBERTS,
individuals,

              Case No.: 8:14-cv-1815-SDM-TGW

  Plaintiffs,
v.

WELLS FARGO BANK, N.A.,
a national association,

  Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

  Plaintiffs, Roy and Carol Roberts (hereinafter collectively, "Plaintiffs"), by and through the undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submit this *Notice of Pending Settlement* and state:

  1. Plaintiffs and Defendant, Wells Fargo Bank, N.A. (hereinafter, "Defendant"), have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

  2. Upon execution of a mutually agreeable settlement agreement and release, and approval of the settlement by the United States Bankruptcy Court, undersigned counsel will execute and file a *Stipulation for Dismissal with Prejudice*.

  3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendant's counsel and Defendant has no objection to the relief sought.

  DATED this 15th day of January 2015.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 0010167**
**Aaron M. Swift, Esq., FBN 0093088**
**G. Tyler Bannon, Esq., FBN 105718**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
aswift@leavenlaw.com
tbannon@leavenlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement* has been furnished either electronically or by U.S. Mail this 15th day of January 2015 to:

Ms. Fentrice D. Driskell, Esq.
Ms. Joanna Garcia, Esq.
Carlton Fields Jorden Burt, P.A.
P.O. Box 3239
Tampa, FL 33601
fdriskell@chjblaw.com
jgarcia@cfjblaw.com
*Attorneys for Defendant*

/s/ *Aaron M. Swift*
Attorney