UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL ROBERTS, et al.,

    Plaintiffs,

v.	CASE NO. 8:14-cv-1815-T-23TGW

WELLS FARGO BANK, N.A.,

    Defendant.
_____/

## **ORDER**

    The plaintiffs announce (Doc. 22) a settlement in this action. Under Local Rule 3.08(b), this action is dismissed subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause. The clerk is directed to terminate any pending motion and to close the case.

    ORDERED in Tampa, Florida, on January 16, 2015.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE